No. 295. J. F. HAZELTON ET AL. *v.* CITY OF ATLANTA. Error to the Supreme Court of the State of Georgia. March 26, 1919. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. Walter T. Colquitt* for defendant in error. *Mr. James K. Hines* for plaintiffs in error. *Mr. Walter T. Colquitt* and *Mr. Samuel D. Hewlett* for defendant in error.

---

No. 354. UNITED STATES *v.* SHERIDAN-KIRK CONTRACT COMPANY; and

No. 355. SHERIDAN-KIRK CONTRACT COMPANY *v.* UNITED STATES. Appeals from the Court of Claims. March 28, 1919. Dismissed, on motion of counsel for appellants. *The Attorney General* and *Mr. Assistant Attorney General Frierson* for the United States. *Mr. George A. King* and *Mr. William B. King* for Sheridan-Kirk Contract Co.

---

No. 951. L. R. GARRETT *v.* UNITED STATES. Error to the District Court of the United States for the Northern District of California. March 31, 1919. Docketed and dismissed, on motion of *The Solicitor General* for the United States. No one opposing.

---

No. 952. L. R. GARRETT *v.* UNITED STATES. Appeal from the District Court of the United States for the Northern District of California. March 31, 1919. Docketed and dismissed, on motion of *The Solicitor General* for the United States. No one opposing.

---

No. 953. L. R. GARRETT *v.* UNITED STATES. Appeal from the District Court of the United States for the